# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

**RECEIVED**
JAN 2 3 2009
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:08 - cr - 00091 |
| ) | |
| PORFIRIO CORRALES, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The United States of America and the defendant, having both filed a written consent, appeared before me pursuant to Rule 11, Fed. R. Crim. P. and L. Cr. R. 11. The defendant entered a plea of guilty to Count(s) _2 and 3_ of the Indictment/Information. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas were knowing and voluntary as to each count, and that the offenses charged one supported by an independent factual basis concerning each of the essential elements of such offense(s). I, therefore, recommend that the plea(s) of guilty be accepted, that a pre-sentence investigation and report be prepared, and that the defendant be adjudged guilty and have sentence imposed accordingly.

_January 23, 2009_
Date

THOMAS J. SHIELDS
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. 636(b)(1)(B).